| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF WISCONSIN |
| Case number *(if known)* _____  Chapter **12** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                                04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Oakridge Dairies, LLP

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  39-1908502

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **N21768 Oakridge Dr.** <br> **Galesville, WI 54630** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Trempealeau** <br> County | Location of principal assets, if different from principal place of business <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Oakridge Dairies, LLP** _____ Case number (*if known*) _____

Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

■ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | **Oakridge Dairies, LLP** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Oakridge Dairies, LLP**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 4, 2020**
MM / DD / YYYY

**X /s/ Jason Johnson**     **Jason Johnson**
Signature of authorized representative of debtor     Printed name

Title

**18. Signature of attorney**

**X /s/ Galen W. Pittman**     Date **September 4, 2020**
Signature of attorney for debtor     MM / DD / YYYY

**Galen W. Pittman 1010058**
Printed name

**Pittman & Pittman Law Offices, LLC**
Firm name

**712 Main Street**
**La Crosse, WI 54601**
Number, Street, City, State & ZIP Code

Contact phone **(608) 784-0841**     Email address **Info@PittmanandPittman.com**

**1010058 WI**
Bar number and State

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Western District of Wisconsin

In re  **Oakridge Dairies, LLP**         Case No.
Debtor(s)         Chapter **12**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **5,000.00** |
   | Prior to the filing of this statement I have received | $ **5,000.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 4, 2020** | **/s/ Galen W. Pittman** |
| *Date* | **Galen W. Pittman 1010058** |
| | *Signature of Attorney* |
| | **Pittman & Pittman Law Offices, LLC** |
| | **712 Main Street** |
| | **La Crosse, WI 54601** |
| | **(608) 784-0841  Fax: (608) 784-2206** |
| | **Info@PittmanandPittman.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Western District of Wisconsin

In re  **Oakridge Dairies, LLP**                                       Case No.
                                    Debtor(s)                        Chapter  **12**

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **September 4, 2020**              **/s/ Jason Johnson**
                                          **Jason Johnson**/
                                          Signer/Title

```
Air Communications
1600 Western Ave.
Eau Claire, WI 54703

Bob's Westfalia Surge
1375 E. Main St/
Arcadia, WI 54612

Calfstart, LLC
203 1st Ave SE
Altura, MN 55910

Cardmember Service
PO Box 790408
Saint Louis, MO 63179-0408

Castleberg Hoof Trimming
190 Dykstra Dr
Fall River, WI 53932

CentralStar Cooperative
PO Box 191
Waupun, WI 53963

Charlie's it Up
W18446 Dopp Rd
Ettrick, WI 54627

Claas Financial Services
475 Sansome St 19th Floor
San Francisco, CA 94111

Cobb Shipping
401 Welch Street
Rewey, WI 53580

Deaton Nutrition
N4852 County Rd C
Ellsworth, WI 54011

Dodge Fuel Co.
PO Box 38
Dodge, WI 54625

Eckel Tire Repair
N26743 Lindstrom Rd
Blair, WI 54616

Ekern Dairy Supply
PO Box 121
Blair, WI 54616

Galesville Express Mart
PO Box 83
Galesville, WI 54630
```

```
Grossell Excavating
S2840 Fern Circle
Fountain City, WI 54629

Hegg Mill, LLC
N23395 US Hwy 53
Ettrick, WI 54627

Hills Stainless Steel
PO Box 987
Luverne, MN 56156-0987

Investor Community Bank
860 North Rapids Road
Post Office Box 700
Manitowoc, WI 54220

John Deere Financial
P.O. Box 4450
Carol Stream, IL 60197

K&L Livestock
PO Box 118
Dodge, WI 54625

Komro Sales & Service, Inc.
W4666 State Hwy 85
Durand, WI 54736

Kuehn Trucking
29957 Elfmanns Dr
Winona, MN 55987

Larry Bobo LLC
PO Box 520
Osseo, WI 54758

Lindstrom Equipment
S927 County Rd J
Mondovi, WI 54755

Moen Sheehan Meyer LTD
201 Main St.
PO Box 786
La Crosse, WI 54601

Mondovi Dairy Systems, Inc.
913 West Main St.
PO Box 130
Mondovi, WI 54755

Motor Parts & Equipment
PO Box 48
Winona, MN 55987
```

```
Nelson Diesel & Dozing
N26111 Leque Ln
Ettrick, WI 54627

Osseo Ford Sales
PO Box 8
Osseo, WI 54758

ProAg
PO Box 975034
Dallas, TX 75397-5034

Riverland Energy Cooperative
N28988 WI-93 Trunk
Arcadia, WI 54612

Sellant Equipment
547 17th Ave
Almena, WI 54805

Sema Equipment
PO Box 128
Grand Meadow, MN 55936

ST Genetics
125 Taurus Lane
Post Office Box 164
Mehoopany, PA 18629

Stewart Peterson
137 S. Main St.
West Bend, WI 53095

Stir It Up, LLC
E10290 Bunting Rd
Osseo, WI 54758

Superior Manure Haulers Inc.
W26724 County Rd. X
Independence, WI 54747

Titan Machinery
1626 Wuensch Rd
La Crosse, WI 54601

Tractor Central
5704 Arndt Ln
Eau Claire, WI 54701

Value Implement
W26005 Vold Ln
Arcadia, WI 54612
```

```
Whitehall Veterinary Services
PO Box 158
Whitehall, WI 54773

Wilber Trucking, Inc.
N25318 Wilber Rd
Arcadia, WI 54612
```

# United States Bankruptcy Court
## Western District of Wisconsin

In re **Oakridge Dairies, LLP**  
Debtor(s)

Case No.  
Chapter **12**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Oakridge Dairies, LLP** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September  4, 2020**  
Date

**/s/ Galen W. Pittman**  
**Galen W. Pittman 1010058**  
Signature of Attorney or Litigant  
Counsel for **Oakridge Dairies, LLP**  
**Pittman & Pittman Law Offices, LLC**  
**712 Main Street**  
**La Crosse, WI 54601**  
**(608) 784-0841 Fax:(608) 784-2206**  
**Info@PittmanandPittman.com**